UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MINA SHEKEY,<br><br>   Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>   Defendant. | Case No.: 8:25-cv-00168-VMC-AAS |

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff, MINA SHEKEY ("Plaintiff"), and Defendant, TRANS UNION, LLC ("Defendant"), have reached a settlement in the above-captioned action. Plaintiff expects to file a Notice of Dismissal once settlement documents have been exchanged and executed. Therefore, Plaintiff respectfully requests sixty (60) days to complete the settlement documents and notify this honorable Court of dismissal.

Date: 2/19/2025

        BY: *s/ Jason S. Weiss*
           Jason S. Weiss
           Jason@jswlawyer.com
           Florida Bar No. 0356890
           **WEISS LAW GROUP, P.A.**
           5531 N. University Drive, Suite 103
           Coral Springs, FL 33067
           Tel: (954) 573-2800
           *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on February 19, 2025, I served the foregoing Notice of Settlement using the CM/ECF system, which will provide an auto generated notice to all counsel of record.

BY: *s/ Jason S. Weiss*
Jason S. Weiss