# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MINA SHEKEY,

    Plaintiff,

v.

TRANS UNION, LLC,

    Defendant.

Case No.: 8:25-cv-00168-VMC-AAS

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, MINA SHEKEY ("Plaintiff"), by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal with Prejudice of Defendant, TRANS UNION, LLC ("Defendant"), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and gives notice of the following:

1. Defendant has not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

2. This action shall be dismissed with Prejudice with each party bearing her/their own attorneys' fees and costs.

Dated:     4/21/2025

        *s/ Jason S. Weiss*
        Jason@jswlawyer.com
        Florida Bar No.: 0356890
        **WEISS LAW GROUP, P.A.**
        5531 N. University Drive
        Suite 103
        Coral Springs, FL 33067
        Tel: (954) 573-2800
        ***Attorneys for Plaintiff, MINA SHEKEY***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of April, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice to all counsel of record.

        BY: *s/ Jason S. Weiss*
             Jason S. Weiss